IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JERRY LEE WOODS, SR.                                                                                    PLAINTIFF

v.                            Civil No.4:14-cv-04137-SOH-BAB

SHERIFF RON STOVALL, ET. AL.                                                                  DEFENDANTS

## ORDER

Plaintiff, Jerry Lee Woods, Sr., proceeds in this 42 U.S.C. § 1983 action *pro se* and *in forma pauperis*. According to Plaintiff's address of record, he is currently not incarcerated. Currently before the Court is Defendants' Motion to Compel Answers to Discovery Requests. ECF No. 14.

On June 24, 2015, Defendants filed a Motion to Compel seeking an Order compelling Plaintiff to respond to Defendants' First Set of Interrogatories and Requests for Production, including a Medical Authorization. ECF No. 14. In their Motion, Defendants' state they first served the discovery requests on Plaintiff on April 21, 2015. Plaintiff did not respond. On May 28, 2015, Defendants sent a second request asking Plaintiff to respond to the discovery request and informing Plaintiff, if he failed to respond, Defendants would file a motion to compel. Plaintiff again failed to respond.

Under the Federal Rules of Civil Procedure, Plaintiff is afforded thirty (30) days to respond to discovery requests. Fed. R. Civ. P. 33(b)(2) & 34(b)(2)(A). Plaintiff did not request an extension of time to respond to Defendants' discovery requests. Therefore, Plaintiff has failed to respond in the time provided by law.

Accordingly, Defendants' Motion to Compel (ECF No. 14) is **GRANTED.** Plaintiff is **DIRECTED** to provide Defendants with the required responses to the discovery requests **by 5:00**

**p.m. on Monday, November 23, 2015.** Plaintiff is advised that failure to comply with this Order may result in the dismissal of this case.

      **IT IS SO ORDERED this 2nd day of November 2015.**

                                                /s/ Barry A. Bryant  
                                                HON. BARRY A. BRYANT  
                                                UNITED STATES MAGISTRATE JUDGE