IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JERRY LEE WOODS, SR.                                                                                            PLAINTIFF

v.                                        Case No. 4:14-cv-04137

SHERIFF RON STOVALL;
WARDEN MARTY BRAZELL; and
FLOYD                                                                                                                DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed December 21, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 23). Judge Bryant recommends Defendants' Motion to Dismiss (ECF No. 20) be granted, and Plaintiff's Complaint (ECF No. 1) be dismissed with prejudice on the grounds that Plaintiff has failed to comply with the Federal Rules of Civil Procedure and Local Rules and failed to prosecute this matter. He also recommends Defendants' Motion to Extend Time to File Summary Judgment Motion (ECF No. 22) be denied as moot.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation *in toto*. Accordingly, Defendants' Motion to Dismiss (ECF No. 20) is hereby **GRANTED**. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITH PREJUDICE**. All other pending motions are denied as moot.

**IT IS SO ORDERED**, this 20th day of January, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge